UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH LUCERO,<br><br>    Petitioner,<br><br>v.<br><br>G. PUENTES,<br><br>    Respondent. | Case No. 1:19-cv-00829-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT COURT DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>(ECF No. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

    Petitioner Rudolph Lucero, a federal prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 8, 2019, the Magistrate Judge entered findings and recommendations that that the Court dismiss the petition for writ of habeas corpus. (ECF No. 8.) The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

/ / /

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on November 8, 2019, (ECF No. 8), are ADOPTED in full;
2. The petition for writ of habeas corpus, (ECF No. 1), is dismissed; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: March 30, 2020

SENIOR DISTRICT JUDGE